Exhibit 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-304-564**

**Effective Date of Registration:**
April 20, 2022
**Registration Decision Date:**
June 17, 2022

## Title
_____



|  |  |
|---|---|
| **Title of Work:** | builderman video character |
| **Previous or Alternate Title:** | BuilderMan |
|  | Builderman |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | May 30, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Roblox Corporation |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Roblox Corporation |
| | 970 Park Pl, San Mateo, CA, 94403, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | previously published BuilderMan (prior version of the avatar) |
| **Previous registration and year:** | pending, 2022 |
| | pending, 2022 |
| **New material included in claim:** | motion picture |

## Rights and Permissions

